**Kaimel L. GLENN, Plaintiff–Appellant,**

**and**

**Office of the Attorney General, Party–in–Interest,**

**v.**

**CMS; Isaas Tessema, Dr., Defendants–Appellees.**

**No. 10–6603.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2010.

Decided: Aug. 9, 2010.

Kaimel L. Glenn, Appellant Pro Se. Philip Melton Andrews, Mary Beth Ewen, Kramon & Graham, PA, Baltimore, Maryland, for Appellees.

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kaimel L. Glenn appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Glenn v. CMS,* No. 1:09–cv–01700–WDQ, 2010 WL 1490030 (D.Md. Apr. 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*